ELIZABETH ROEWEKAMP, Appellant, *v.* NEW YORK POST-GRADUATE MEDICAL SCHOOL and HOSPITAL, Respondent.

Argued April 12, 1940; decided April 26, 1940.

*Jacob S. Schneider* for appellant.

*Martin Taylor* and *John Collins* for respondent.

Judgment affirmed, without costs; no opinion. (See 283 N. Y. 645.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.